Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone:  (415) 293-7995
Facsimile:   (415) 358-4116

Attorney for Plaintiff,
CARMEN CRUMP

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CRUMP, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; and DOES 1-50, inclusive<br><br>Defendant | Case No.: 3:18-cv-00712-JD<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** |

Subject to the approval of this Court, Plaintiff CARMEN CRUMP ("Plaintiff") and Defendant WELLS FARGO BANK, N.A. ("Defendant") (Plaintiff and Defendant, collectively, "Parties"), through their respective attorneys of record, agree and stipulate as follows:

WHEREAS, Plaintiff filed this lawsuit on February 1, 2018;

WHEREAS, Plaintiff filed the Second Amended Complaint on May 28, 2019;

WHEREAS, on June 11, 2019, Defendant Wells Fargo filed the Motion to Dismiss Plaintiff's Second Amended Complaint, with the hearing noticed for August 1, 2019 at 10:00 a.m..;

WHEREAS, counsel for Plaintiff is unavailable on August 1, 2019 at 10:00 a.m.;

WHEREAS, the Parties agree to continue the Motion to Dismiss Plaintiff's Second Amended Complaint to August 15, 2019 at 10:00 a.m.; and

/ /

/ /

1  WHEREAS, the Parties agree that all other dates scheduled in this action remain
2  unchanged.

**STIPULATED AND AGREED.**

REED SMITH LLP

Dated: June 14, 2019                By: */s/ Le T. Duong*_____
                                        Le T. Duong, Esq.
                                        Attorney for Defendant

SHAPERO LAW FIRM

Dated: June 14, 2019                By: */s/ Sarah Shapero.*_____
                                        Sarah Shapero, Esq.
                                        Attorney for Plaintiff

<s>**PROPOSED**</s> **ORDER**

This Court, having received and reviewed the stipulation of the parties referenced immediately above, and finding good cause therefore, the Court continues the hearing for defendant Wells Fargo Bank's Motion to Dismiss Plaintiff's Second Amended Complaint scheduled from August 1, 2019 to August 15, 2019.

**IT IS SO ORDERED.**

Dated: June 19, 2019                _____
                                    Hon. James Donato
                                    U.S. District Court Judge